UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAS GROUP, INC., | ) |
| Plaintiff, | ) Civil Action No.: 22-cv-01065-DLC |
| v. | ) |
| SOLO BRANDS, LLC, (fka SOLO DTC BRANDS, LLC), (fka FRONTLINE ADVANCE, LLC), (dba SOLO STOVE, | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff SAS Group, Inc. and Defendant Solo Brands, LLC, hereby stipulate to dismissal of this action with prejudice. Each party shall bear its own costs and attorney's fees.

Date:  August 18, 2022                                  Respectfully submitted,

**HOFFMANN & BARON, LLP**                    **CALL & JENSEN, APC**

/s/ Michael I. Chakansky                              /s/ Laura L. Sandoval
Michael I. Chakansky                                   Laura L. Sandoval
4 Century Drive                                             Mark L. Eisenhut
Parsippany, New Jersey 07054                     Aaron L. Renfro
dscola@hbiplaw.com                                   610 Newport Center Drive, Suite 700
mchakansky@hbiplaw.com                         Newport Beach, CA 92660
(973) 331-1700                                              lsandoval@calljensen.com
                                                                        meisenhut@calljensen.com
John T. Gallagher                                          arenfro@calljensen.com
6900 Jericho Turnpike
Syosset, New York, 11791                           *Attorneys for Defendant Solo Brands, LLC*
jgallagher@hbiplaw.com
(516) 822-3550

*Attorneys for Plaintiff SAS Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August 2022, a true and correct copy of the foregoing document JOINT STIPULATION OF DISMISSAL WITH PREJUDICE has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties by operation of the Court's electronic filing system:

`

/s/ <u>Michael. I. Chakansky</u>
Michael I. Chakansky